**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————————

**No. 98-6042**

———————————

PERLEY ANDREW PERKINS, JR.,

Petitioner - Appellant,

versus

FRED W. GREEN, Warden; JAMES S. GILMORE, III,
Attorney General,

Respondents - Appellees.

———————————

Appeal from the United States District Court for the Western District of Virginia, at Roanoke.  James C. Turk, District Judge.
(CA-97-587-R)

———————————

Submitted:  April 16, 1998          Decided:  May 1, 1998

———————————

Before WILKINS and HAMILTON, Circuit Judges, and PHILLIPS, Senior
Circuit Judge.

———————————

Dismissed by unpublished per curiam opinion.

———————————

Perley Andrew Perkins, Jr., Appellant Pro Se. Steven Andrew Witmer,
OFFICER OF THE ATTORNEY GENERAL OF VIRGINIA, Richmond, Virginia,
for Appellees.

———————————

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Appellant appeals the district court's orders denying relief on his petition filed under 28 U.S.C.A. § 2254 (West 1994 & Supp. 1997) and denying reconsideration of that order. We have reviewed the record and the district court's opinion accepting the recommendation of the magistrate judge and find no reversible error. Accordingly, we deny a certificate of appealability and dismiss the appeal on the reasoning of the district court. <u>Perkins v. Green</u>, No. CA-97-587-R (W.D. Va. Dec. 9 and 23, 1997). We deny Appellant's motion for appointment of counsel. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>DISMISSED</u>